UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROYCE DEUEL,

       Plaintiff,                              Case No. 1:08-cv-32

v.                                        Hon. Robert J. Jonker

LAW OFFICES OF TIMOTHY E.
BAXTER & ASSOCIATES, P.C.,

       Defendant.

_____/

**ORDER DENYING MOTION
TO DISQUALIFY DEFENDANT'S COUNSEL**

Pending before the court is Plaintiff's Motion to Disqualify Defendant's Counsel

(docket no. 10).  For the reasons stated on record at the hearing held this date, the motion is

DENIED without prejudice.

       IT IS SO ORDERED.

Dated:  April 8, 2008                       /s/ Hugh W. Brenneman, Jr.
                                        HUGH W. BRENNEMAN, JR.
                                        United States Magistrate Judge